AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| YUJIA GAO <br><br> *Plaintiff(s)* <br> v. <br> EMILY YU, AND WINDSOR SULLIVAN PROPERTY INC. <br><br> *Defendant(s)* | Civil Action No. 1:21-cv-06308  DG-MMH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EMILY YU
30 Chestnut Drive, Roslyn, NY 11576, Nassau County

WINDSOR SULLIVAN PROPERTY INC.
37-02 Main Street, Floor 4, Flushing, NY 11354

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Wong, Wong & Associates, P.C.
150 Broadway, Suite 1588
New York, NY 10038
Tel: (212)-566-8080
Fax: (212)-566-8960

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

11/15/2021

Date: 11/12/2021



DOUGLAS C. PALMER
*CLERK OF COURT*

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*