UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **YUJIA GAO** )<br>            )<br>   **PLAINTIFF,** )<br>            )<br>            )<br>   **v.**      )<br>            )<br>            )<br>**EMILY YU, AND WINDSOR** )<br>**SULLIVAN PROPERTY INC.** )<br>            )<br>   **DEFENDANTS.** )<br>            )<br>            ) | CASE NO.: 1:21-cv-06308<br><br>*Document Electronically Filed*<br><br><u>***PROPOSED* PRELIMINARY INJUNCTION ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINING ORDER SEEKING ATTACHMENT**</u> |

Upon reading of the complaint, the affidavits of Plaintiff Yujia sworn on the 4th of November and the 22nd of November, the affirmation of Paul A. Gilmer dated the 6th of December, the memorandum of law, and the exhibits annexed thereto; and having found sufficient reason being alleged and good cause appearing therefrom, including explanation set forth in the affidavit which demonstrates that the Temporary Restraining Order set forth herein ought to be issued to avoid irreparable injury to Plaintiffs given flight risk, it is hereby:

**ORDERED** that Defendants Emily Yu, and Windsor Sullivan Property Inc. (collectively, "Defendants"), or their counsel shall appear and show cause before this Court, on _____, 2021, as to why this Court should not enter a Temporary Restraining Order, pending final ruling on the Complaint against the Defendants, enjoining them from transferring any assets belonging to Emily Yu or formerly belonging to WINDSOR SULLIVAN PROPERTY INC., including the

property located at 30 Chestnut Drive, Roslyn, NY 11576, Nassau County, as well as Windsor School Inc.

**ORDERED** that Plaintiffs file a bond on or before _____, 2021, in the sum of _____, conditioned that the Plaintiffs, if it is finally determined that they were not entitled to a temporary restraining order, will pay to the Defendants all damages and costs that may be sustained by reason thereof; and it is further

**ORDERED,** that service of a copy of this Temporary Restraining Order and Order to Show Cause for an Order of Attachment, and each paper identified in the first paragraph hereof shall be deemed good and proper service if served by _____, 202_:

(i) By email to e.yu@thewindsorschool.com

(ii) By FedEx (or similar courier) to 30 Chestnut Drive, Roslyn, NY 11576, Nassau County.

**ORDERED,** that Defendants shall file and serve any response or opposition to this Order no later than _____, 2021 via the Court's Electronic Filing System; and, it is further

**ORDERED,** that Plaintiff shall serve any reply papers in further support of its motion for the order of attachment by _____, 2021 via the Court's Electronic Filing System; and it is further

**ORDERED,** that a hearing on the Motion for an Order of Attachment will be held on _____, 2021 at Courtroom ___ at 500 Pearl Street, New York, New York, or as soon thereafter as counsel may be heard.

ISSUED: New York, New York

_____, 2021
At \_\_\_\_ \_\_m.

_____
UNITED STATES DISTRICT JUDGE