WONG, WONG & ASSOCIAES, P.C.
Suitable Age Service

UNITED STATES DISTRICT COURT
State of New York
EASTERN DISTRICT OF NEW YORK

**AFFIDAVIT OF SERVICE**

Index No : 1:21-cv-06308

| Plaintiff(s): | YUJIA GAO |
|---|---|
| Defendant(s): | EMILY YU, AND WINDSOR SULLIVAN PROPERTY INC. |

STATE OF NEW YORK COUNTY OF SUFFOLK      ss.:

**John O'Keefe**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **12/10/2021** at **8:37 PM**, I served the within **SUMMONS IN A CIVIL ACTION, PROPOSED PRELIMINARY INJUNCTION ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINING ORDER SEEKING ATTACHMENT, AFFIRMATION, FIRST AMENDED COMPLAINT, COMPLAINT, MEMORANDUM OF LAW IN SUPPORT OF AN ORDER FOR ATTACHMENT, AND EXHIBITS** on **EMILY YU** at **30 CHESTNUT DR, ROSLYN, NY 11576** in the manner indicated below:

By delivering thereat a true copy of each to **JERRY, SON** a person of suitable age and discretion. Said premises is recipient's dwelling house (usual place of abode) within the state.

A description of the person documents were left with is as follows:

| Sex | Skin/Race | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Asian | Black | 25 | 5ft 9in - 6ft 0in | 161-180 lbs. |
| Other Features: | | | | | |

Upon information and belief, Defendant(s) is not active in the U.S. Military Service in any capacity. No specific active military information was provided by the person spoken to when questioned during service and I observed no indication during completion of this service that Defendant(s) is active military.

On **12/11/2021** service was completed by mailing a true copy of the above documents to the above address which is Defendant(s)'s dwelling house (usual place of abode), in a first-class, postpaid properly addressed envelope marked 'personal and confidential' and did not indicate on the outside thereof by return address or otherwise that the communication was from an attorney or concerned an action against the Defendant(s) from a depository under the exclusive care and custody of the United States Post Office in the State of New York, or, if not served in New York State, within the State in which the service occurred.

Sworn to and subscribed before me on
December 11, 2021

X Marcia O'Keefe
Notary Public,

MARCIA O'KEEFE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OK6230423
Qualified in Suffolk County
My Commission Expires November 01, 2022

X John O'Keefe
SERVE INDEX LLC
PO Box 90105
Brooklyn, NY 11209
1-888-994-6339
DCA License#: 2083663
Job #: **1902338**




*1902338*