# AFFIDAVIT OF SERVICE

EASTERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT

FILED ON: 11/15/2021   INDEX NO.: 1:21-cv-06308-DG-MMH

YUJIA GAO

Plaintiff(s)-Petitioner(s)

-vs-

EMILY YU, ET AL.

Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SARATOGA ss.}

I, JOHN A. HABERMEHL being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On DECEMBER 10, 2021 at 1:49 P.M.
Deponent served two true copies of SUMMONS IN A CIVIL ACTION, PROPOSED PRELIMINARY INJUNCTION ORDER TO SHOW CAUSE, WITH TEMPORARY RESTRAINING ORDER SEEKING ATTACHMENT, EXHIBITS

bearing index number: 1:21-cv-06308-DG-   and date of filing: 11/15/2021
upon WINDSOR SULLIVAN PROPERTY INC.
at address: SECRETARY OF STATE, 99 WASHINGTON AVENUE
city and state: ALBANY, NY 12210

## MANNER OF SERVICE}

**Personal**
☐ By delivering to and leaving with personally} known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

**Suitable Age Person**
☐ By delivering and leaving with personally} at the premises mentioned above. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

**Authorized Agent**
☒ By delivering and leaving 2 copies with} COLLEEN BANAHAN, BUSINESS DOCUMENT SPECIALIST the agent for service on the person in this proceeding designated under Rule 306 BCL and tendering the required fee. Service having been made to such person at the place, date and time above.

**Affixing to Door, Etc.**
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

**Mailing**
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on          . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested.
Certified or registered number:

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE          Race/Skin Color: WHITE          Hair Color: BROWN
Approximate Age: 37 years   Approximate Height: 5'4"   Approximate Weight: 220 pounds
Other:

Subscribed and sworn before me on} DECEMBER 10, 2021

Notary Public, State of New York
Mark McClosky
Qualified in Schenectady County
Number 01MC6042335
Expires: May 22, 2022

affidavit #: 244752
NLS#: 21-11504

Attorney:
Wong, Wong & Associates, P.C.
150 Broadway, Suite 1588
New York, NY 10038
(212)-566-8080

FIRM FILE # 1902337

JOHN A. HABERMEHL
Deponent

* 1902337 *