UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUJIA GAO,<br><br>                    *Plaintiff,*<br><br>v.<br><br>EMILY YU AND WINDSOR SULLIVAN PROPERTY INC.,<br><br>                    *Defendants.* | **RULE 7.1 STATEMENT OF DEFENDANT WINDSOR SULLIVAN PROPERTY INC.**<br><br>Case No. 1:21-cv-06308 |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Windsor Sullivan Property Inc. ("Defendant WSP"), a non-governmental corporate party, states as follows:

1. Defendant WSP has no corporate parent.

2. Based solely on Defendant WSP's knowledge, no publicly held corporation owns 10% or more of Defendant WSP's stock.

Dated: December 20, 2021
New York, New York

By: _____
John J. Thompson
THOMPSON & SKRABANEK, PLLC
42 W. 38th Street, Suite 1002
New York, NY 10018
(646) 568-4280
jt@ts-firm.com

*Attorneys for Defendants Emily Yu and Windsor Sullivan Property Inc.*