## WONG, WONG & ASSOCIATES, P.C.

RAYMOND H. WONG *
VALERIE Y. C. WONG *
_____

PAUL ANDERSON GILMER *
NATALYA RUTCHYK *
DOUGLAS DOOLING, JR. °
SURAJ SETHI *

* MEMBER NY & NJ BARS
° MEMBER NY, NJ, MA & DC BARS

150 BROADWAY, SUITE 1588
NEW YORK, NY 10038
PHONE: (212) 566-8080
FACSIMILE: (212) 566-8960

NEW JERSEY OFFICE
12 ROSZEL RD, STE A102
PRINCETON, NJ 08540
PHONE: (609) 520-1668
FACSIMILE: (609) 520-1168

Hon. Marcia M. Henry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<i><u>Gao v. Yu et al.</u></i><br>Civil Action No. 1:21-cv-06308-DG-MMH

Dear Marcia M. Henry,


The amended complaint filed on December 10, 2021, was not filed pursuant to Rule 15(a)(2). Instead, it was filed pursuant to Rule 15(a)(1), which states that a "party may amend its pleading once as a matter of course within…21 days after service of a responsive pleading." The original complaint was served only 9 days prior to the first amendment being filed, and therefore our amended complaint did not fail to comply with any Federal rules.

Respectfully Submitted,

By: /s/ Paul A. Gilmer
Paul A. Gilmer, Esq.
WONG, WONG, & ASSOCIATES, P.C.
*Attorney for Plaintiff*
150 Broadway, Suite 1588
New York, NY 10038
Tel.: (212) 566-8080
Fax: (212) 566-8960
pgilmer@wongwonglaw.com