# WONG, WONG & ASSOCIATES, P.C.

RAYMOND H. WONG *
VALERIE Y. C. WONG *
_____

PAUL ANDERSON GILMER *
NATALYA RUTCHYK *
DOUGLAS DOOLING, JR. °
SURAJ SETHI *

* MEMBER NY & NJ BARS
° MEMBER NY, NJ, MA & DC BARS

150 BROADWAY, SUITE 1588
NEW YORK, NY 10038
PHONE: (212) 566-8080
FACSIMILE: (212) 566-8960

NEW JERSEY OFFICE
12 ROSZEL RD, STE A102
PRINCETON, NJ 08540
PHONE: (609) 520-1668
FACSIMILE: (609) 520-1168

Hon. Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

1/31/2022

<em>Gao v. Yu et al.</em><br>
Civil Action No. 1:21-cv-06308-DG-MMH

Dear Judge Gujarati,

      Our firm declines the opportunity amend the complaint in this matter at this time, and prefers to proceed to briefing on the contemplated motion to dismiss.

Respectfully Submitted,<br><br>
By: <u>/s/ Paul A. Gilmer</u><br>
Paul A. Gilmer, Esq.<br>
WONG, WONG, & ASSOCIATES, P.C.<br>
<em>Attorney for Plaintiff</em><br>
150 Broadway, Suite 1588<br>
New York, NY 10038<br>
Tel.: (212) 566-8080<br>
Fax: (212) 566-8960<br>
pgilmer@wongwonglaw.com