

# THOMPSON & SKRABANEK, PLLC
### NEW YORK

42 W. 38th Street, Suite 1002, New York, NY 10018 | (646) 568-4280 | contact@ts-firm.com

---

August 19, 2022

<u>**Via ECF and Email**</u>

To:    Natalya Rutchyk
        Paul Anderson Gilmer
        Wong, Wong & Associates
        150 Broadway, Suite 1588
        New York, NY 10038

Re:    <u>*Gao v. Yu et al.*,</u> **Civil Action No. 1:21-cv-06308-DG-MMH**

Dear Ms. Rutchyk and Mr. Gilmer,

    As you know, we represent Defendants Emily Yu ("Ms. Yu") and Windsor Sullivan Property Inc. ("WSP") in the above-referenced case. We are writing to serve you with the following documents in support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

- Notice of Motion;
- Yu Declaration in Support of Defendants' Motion to Dismiss;
- Thompson Declaration in Support, with annexed Exhibits A through H;
- Defendants' Memorandum of Law in Support.

Pursuant to Judge Gujarati's Individual Rules, Section 3(B), Plaintiffs will refrain from filing these papers until the motion is fully briefed. Only a copy of this letter will be filed.

                                        Sincerely,

                                        *[signature]*
                                        John J. Thompson, Esq.
                                        THOMPSON & SKRABANEK, PLLC

42 W. 38th Street, Suite 1002,
New York, NY 10018
T: (646) 568-4280 ext. 701
M: (206) 920-3018
jt@ts-firm.com

2