Case Name: __Gao v. Yu et al__         Case Number: __21__ CV - __6308__ ( __DG__ ) (MMH)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | Yes | | 8/26/2022 |
| 2. Rule 26(a)(1) disclosures exchanged | No | | by 9/05/2022 |
| 3. Requested: | | | |
|    a. Medical records authorization | No | | |
|    b. CPL § 160.50 releases for arrest records | No | | |
|    c. Identification of John Doe/Jane Doe defendants | | + | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | Yes | | |
| 5. Protective Order to be submitted for court approval (see Standing Protective Order on the Chambers website) | | | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | Yes | | |
| 2. Defendant to make settlement offer | Yes | | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | N/a | |
| 4. Settlement Conference (proposed date) | | | TBD |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | | 2/15/2023 |
| 2. Motion to amend pleadings | | | 2/15/2023 |
| 3. Initial documents requests and interrogatories | | | 9/15/2022 |
| 4. All fact discovery to be completed (including disclosure of medical records) | | | 1/3/2023 ~~1/1/2023~~ |
| 5. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 1/17/2023 ~~1/15/2023~~ |

Rev. 06-28-2021

| 6. Expert discovery (only if needed) | | *Check here if not applicable* ☐ | |
|---|---|---|---|
| Plaintiff expert proposed field(s) of expertise: | | TBD | |
| Defendant expert proposed field(s) of expertise: | | TBD | |
| | **DONE** | **NOT APPLICABLE** | **DATE** |
| a. Affirmative expert reports due | | N/A | |
| b. Rebuttal expert reports due | | N/A | |
| c. Depositions of experts to be completed | | N/A | |
| 7. Completion of ALL DISCOVERY (if different from C.4) | | | 3/1/2023 |
| 8. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | 3/15/2023 |
| 9. If any party seeks a **dispositive motion**, date to<br>  a. file request for pre-motion conference (if required), or<br>  b. file briefing schedule for the motion | | | 5/1/2023 |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 5/1/2023 |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | ☐ Yes<br>☐ No |
|---|---|
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>☐ No |

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| 1. Motion for collective action certification in FLSA cases | | | |
|---|---|---|---|
|   a. Response due | | | |
|   b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
|   a. Response due | | | |
|   b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:
*Marcia M. Henry*
**MARCIA M. HENRY**
United States Magistrate Judge

09/06/2022
**Date**

Rev. 06-28-2021